No. 11, Original. UNITED STATES *v.* LOUISIANA. The Solicitor General is allowed 10 days within which to file a reply to the answer filed by the State of Louisiana. THE CHIEF JUSTICE took no part in the consideration or decision of this question. *Solicitor General Rankin* for the United States, plaintiff. *Jack P. F. Gremillion,* Attorney General, *W. Scott Wilkinson, Edward M. Car-*

*mouche* and *John L. Madden,* Special Assistant Attorneys General, *Bailey Walsh, Hugh M. Wilkinson* and *Victor A. Sachse* for the State of Louisiana, defendant.